IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IMMANUEL BAPTIST CHURCH                                          PLAINTIFF

v.                          CASE NO. 4:26-CV-00129-BSM

TIM RODGERS                                                      DEFENDANT

### ORDER

Immanuel Baptist Church's motion to remand [Doc. No. 12] is granted and the clerk

is directed to remand this case to the Drew County Circuit Court.  Tim Rodgers's motion to

dismiss [Doc. No. 6] is denied as moot.

IT IS SO ORDERED this 30th day of March, 2026.

UNITED STATES DISTRICT JUDGE